ANTHONY WEKKER, Respondent, *v.* WILLIAM SPENCER & SON CORPORATION, Appellant.

Argued April 19, 1940; decided May 21, 1940.

*William B. Davis* and *James E. Turner* for appellant.
*Meyer Kraushaar* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.